# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) **06-95 C**

WHITAKER CONTRACTORS, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] JOSEPH A. YAZBECK, JR

Firm Name: YAZBECK, CLORAN & HANSON

Post Office Box:

Street Address: 1300 SW 5th #2750

City-State-Zip: PORTLAND, OR 97201

Telephone & Facsimile Numbers: 503-227-1428; 503-227-4866

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A R M

See attached Sheet for three digit code.

Amount Claimed: $ CLAIM #1: $58,055.68; CLAIM #2: $30,258.17.

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005