IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-95C |
| v. | ) | |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James D. Colt as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

JAMES D. COLT

Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.

Dated: March 2, 2006

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Tel: (202) 305-7562
Fax: (202) 305-7643

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2006, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt