IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-95C |
| v. | ) | |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 60 days, to and including June 6, 2006, the time within which it may respond to the plaintiff's complaint. Defendant's response is currently due on April 7, 2006. This is the Government's first request for an enlargement of time. Counsel for plaintiff has represented that plaintiff does not oppose this motion.

The requested enlargement of time is necessary to provide adequate time for the appropriate agency – the Army Corps of Engineers– to prepare the litigation report, which must be received before defendant's counsel can prepare and file the Government's response to the complaint. See 28 U.S.C. § 520. Although the complaint was filed on February 6, 2006, undersigned counsel for the Government was not assigned to this matter until March 1, 2006. On March 16, 2006, the Depratment of Justice sent a letter to the Army Corps of Engineers to request the litigation report. Due to delays in the mailing of the letter, as well as the intricate security procedures involved in mail receipt at the Army Corps of Engineers, the agency is still in the process of preparing the litigaiton report. The additional time requested will permit defendant' counsel adequate time to receive the report, prepare the Government's response to the

complaint, and obtain required supervisory review of the Government's response prior to filing it with the Court. We expect that the Government will be able to file its response by June 6, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 60 days, from April 7, 2006 to and including June 6, 2006, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

March 31, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt