IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-95C |
| v. | ) | |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, to and including June 13, 2006, the time within which it may respond to the plaintiff's complaint. Defendant’s response is currently due on June 6, 2006. This is the Government's second request for an enlargement of time, having previously been granted an enlargement of 60 days. Counsel for plaintiff is apparently in the middle of a trial and has not responded to electronic and telephone messages seeking his consent to this enlargement.

The Government has prepared a draft response to the plaintiff’s complaint, which is being reviewed. However, despite attempts on Thursday and Friday of last week, as well as Monday and Tuesday of this week to contact agency counsel, undersigned counsel has not been able to consult with agency counsel regarding the final version of the response that is under consideration. In order to insure the accuracy of the Government’s response, defendant’s counsel believes that it is important to have the agency’s review of the response prior to filing. The additional time requested will permit defendant’s counsel adequate time to contact agency counsel to seek his opinion of our response prior to filing it with the Court. We expect that the Government will be able to file its response by June 13, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by seven days, from June 6, 2006 to and including June 13, 2006, the due date for the defendant's response.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

June 6, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt