# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed June 6, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**WHITAKER CONTRACTORS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Motion for Enlargement of Time filed June 6, 2006, is hereby ALLOWED. Defendant shall file its response to plaintiff's complaint by Tuesday, June 13, 2006.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**