IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-95C |
| v. | ) | |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

For its answer to the plaintiff's complaint, defendant, the United States, admits, denies and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiff's characterizations of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegation contained in paragraph 2 for lack of information or knowledge sufficient to form a belief as to the truth of the matter asserted.

3. Admits the allegations contained in paragraph 3 to the extent supported by the referenced contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. Denies the allegations contained in paragraph 4 for lack of knowledge or information or knowledge sufficient to form a belief as to the truth of the matters asserted.

5. Admits.

6. Admits the allegations contained in the first two sentences of paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first two sentences of paragraph 6. The allegation contained in the

third sentence of paragraph 6 constitutes plaintiff's characterization of its complaint to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

7. Admits the allegations contained in paragraph 7 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Admits.

9. Denies the allegation contained in paragraph 9 for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

10. Admits.

11. Denies the allegations contained in paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matter asserted.

12. Denies.

13. Admits the allegations contained in paragraph 13 to the extent supported by the referenced contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 13.

14. Admits the allegations contained in paragraph 14 to the extent supported by the referenced contract, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. Admits. Avers that the Corps made this requirement for daily testing a necessary part of its approval of Jenson's alternative grout mix.

16. Denies.

17. Denies.

18. Denies that the plaintiff is entitled to the relief set forth in the prayer for relief following paragraph 17 or to any relief whatsoever.

19. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, that the complaint be dismissed, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

June 13, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006, a copy of the foregoing DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt