# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *
WHITAKER CONTRACTORS, INC.,
Plaintiff,
v.
UNITED STATES,
Defendant.
* * * * * * * * * * * * * * * * * * *

**No. 06-95C**
**Filed: June 27, 2006**

## O R D E R

As previously discussed with the parties, the court **RESCHEDULES** the ADR status conference from Friday July 7, 2006 to **Wednesday, July 26, 2006, 2:30 p.m. EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (503) 227-1428 and defendant at (202) 305-7576. The parties should be prepared to discuss the possibility of resolving the above captioned case via alternative means. Pursuant to the Second Amended General Order No. 40, the parties shall execute and submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Wednesday July 12, 2006, 12:00 p.m. EDT** via fax (202) 357-6586. The ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**