# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * *<br>**WHITAKER CONTRACTORS, INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * * * | **No. 06-95C**<br>**Filed: July 26, 2006**<br>**ADR Pilot** |

**O R D E R**

An ADR status conference was held in the above-captioned case on July 26, 2006. During the conference, the parties agreed that continuing the ADR process may be beneficial, but the parties felt that at least some discovery first would be useful. The undersigned judge remains available to assist the parties during any portion of this case. A copy of this order is being provided to the trial judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**