# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed July 31, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *
*
**WHITAKER CONTRACTORS, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the order received from the ADR Judge, the following is hereby ordered:

1. The parties shall file a Joint Status Report concering discovery in this case by Thursday, August 31, 2006. Said report shall also indicate whether the parties will further request the assistance of the ADR Judge.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**