# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed September 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * *
**WHITAKER CONTRACTORS, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Preliminary Status Report filed on August 31, 2006, the following is hereby ordered:

1. All fact and expert discovery in this case shall be completed on or before June 1, 2007.

2. The parties shall file a joint status report concerning further pre-trial proceedings by Wednesday, June 20, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**