IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-095 |
| v. | ) | (Judge Futey) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the parties respectfully request that the Court enlarge the discovery deadline in this case by 180 days, so that discovery will close on November 28, 2007. The current close of discovery is June 1, 2007. The parties have not previously requested enlargement of the discovery period.

The parties request this enlargement to accommodate the schedules of counsel, support personnel, and witnesses. The parties have had little time to engage in much discovery so far and, because of a family emergency faced by one Government employee who has particular knowledge of the United States' records in this case, will be limited in the amount of discovery they can perform in the next few months.[1] We therefore need more time to complete discovery.

For the foregoing reasons, the parties respectfully request that the Court enlarge the time for discovery by 180 days, to November 28, 2007.

---

[1] The parties note that, should this motion be granted, they have stipulated to an enlargement of defendant's time for answering plaintiff's first request for production of documents until May 15, 2007.

Respectfully submitted,

JOSEPH A. YAZBECK, JR.
Yazbeck, Cloran & Hanson
1300 SW Fifth Avenue
Wells Fargo Center Suite 2750
Portland, OR 97201
(503) 227–1428

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

FRANKLIN E. WHITE, JR.
Assistant Director

BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

Attorneys for Defendant

February 20, 2007

CERTIFICATE OF FILING

I hereby certify that on February 20, 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds