IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-095 |
| v. | ) | (Judge Futey) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY

Pursuant to this Court's inherent power to stay its proceedings, we respectfully request that the Court stay discovery in this case, which is currently scheduled to close on October 28, 2007, by two months, through and including December 28, 2007. Plaintiff consents.

During the discovery period, the parties have engaged in settlement negotiations and have reached settlement terms that will be submitted for the approval of the authorized representative of the Attorney General. If the proposed settlement is approved, the parties will need time to enter into a mutually-acceptable settlement agreement. It is expected that this process can be completed by December 28, 2007, if not earlier. If the proposed settlement is not approved, we respectfully suggest that the parties file a joint status report regarding further proceedings in this case no later than December 28, 2007.

Settlement of this lawsuit will conserve the Court's and the parties' resources substantially. For this reason, we respectfully request that the Court order the proposed stay of proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

October 2, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 2, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO STAY DISCOVERY" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds