# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed October 5, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * *
**WHITAKER CONTRACTORS, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion To Stay Discovery filed on October 2, 2007 is ALLOWED. The parties have indicated that they are engaged in settlement negotiations. Discovery in this case is STAYED. The parties shall file a joint status report regarding futher proceedings in this case by Friday, December 28, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**