IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-095 |
| v. | ) | (Judge Futey) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE STAY

Pursuant to this Court's inherent power to stay its proceedings, we respectfully request that the Court enlarge the stay in this case, which is currently scheduled to end on December 28, 2007, by 31 days, through and including January 28, 2007. Plaintiff consents.

We request an enlargement of the stay to permit the authorized representative of the Attorney General time to consider a settlement proposed by the plaintiff and to enable the parties, if the settlement is approved, to negotiate a mutually-acceptable settlement agreement. Settlement of this lawsuit will conserve the Court's and the parties' resources substantially. For this reason, we respectfully request that the Court extend the stay of proceedings.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ Brian T. Edmunds
BRIAN T. EDMUNDS
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Brian.Edmunds@usdoj.gov
Tel: (202) 616-8253
Fax: (202) 307-0972

December 28, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 28, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO ENLARGE STAY" was filed electronically. Parties may access this filing through the Court's electronic filing system.

s/ Brian T. Edmunds