# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed January 3, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * *
**WHITAKER CONTRACTORS, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's Unopposed Motion To Enlarge Stay, filed on December 28, 2007, is hereby ALLOWED. Discovery in this case is stayed until Monday, January 28, 2008. The parties shall file a joint status report regarding further proceedings in this case by Friday, February 15, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**