IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| Plaintiff, | ) | No. 06-095C |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of January 3, 2008, the parties file this join status report. This case has settled. A stipulation of dismissal will be filed during the week starting Tuesday, February 19, 2008.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8253

Attorneys for Defendant

DATED: 2/15/08

JOSEPH A. YAZBECK, JR.
Yazbek Hanson, LLC
1300 SW 5th Avenue, Suite 2750
Portlant, OR 97201
Telephone: (900) 555-1212

Attorneys for Plaintiff

DATED: 2\15\08