CERTIFICATE OF FILING

I hereby certify that on this 15th day of February 2008, the foregoing JOINT STATUS REPORT was filed electronically in accordance with the Court's rules and procedures. Parties may access this filing through the Court's electronic system.

s/BRIAN T. EDMUNDS