IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITAKER CONTRACTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-95C |
| | ) | (Judge Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, and pursuant to a settlement agreement reached between the parties, the parties hereby stipulate to dismissal of this action with prejudice, each party to bear its own costs and attorney fees.

Dated: March 5, 2008

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E WHITE, JR.
Assistant Director

JOSEPH A. YAZBECK, JR.
Yazbek Hanson, LLC
1300 SW 5th Avenue, Suite 2750

Attorneys for Plaintiff

BRIAN T. EDMUNDS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8253
Facsimile: (202) 305-7644

Attorneys for Defendant