# In the United States Court of Federal Claims

**No. 06-95C**

**(Filed March 10, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * *
**WHITAKER CONTRACTORS, INC.** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Stipulation Of Dismissal in this case filed on March 6, 2008 is APPROVED. The Clerk of the Court is directed to dismiss this case with prejudice, with each party to bear its own costs, attorney fees, and expenses.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**